1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2
BRIAN J. STRETCH (CSBN 163973)
3 Chief, Criminal Division

4 DAVID R. CALLAWAY (CSBN 121782)
Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6    San Jose, California 95113
   Telephone: (408) 535-5596
7    Facsimile: (408) 535-5596
   E-mail: David.Callaway@usdoj.gov
8
Attorneys for Plaintiff

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware
8/28/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00682 JW |
| Plaintiff, | PARTIES' JOINT REQUEST TO CONTINUE SENTENCING |
| v. | |
| CRISTINA L. WARTHEN, nee Cristina L. Schultz, | Date: August 31, 2009<br>Time: 1:30 p.m. |
| Defendant. | Before The Honorable James Ware |

    The parties jointly ask the Court to continue sentencing in this case from August 31, 2009 to **September 28, 2009**. The basis for the request is that the parties require additional time to decide how to proceed in view of the defendant's inability to comply in full with the financial terms that she undertook to meet in the binding plea agreement.

    Government counsel is satisfied that Ms. Warthen has done the best she can, and that financial reversals outside of her control have prevented her from making all of the payments contemplated by the plea agreement. Counsel have discussed the situation at some length and arrived at an agreement in principal as to how to proceed. They need additional time, however, to figure out how to get there from here (in view of the binding nature of the plea agreement).

**REQUEST TO CONTINUE SENTENCING**

1  The parties are hopeful that they will have this figured out by September 14th.

2      SO STIPULATED:

3  DATED:                        JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                   / s /
                                   _____
                                   DAVID R. CALLAWAY
                                   Assistant United States Attorney
                                   Counsel for United States

DATED:                        / s /
                                   _____
                                   BRIAN H. GETZ
                                   Counsel for Defendant

**IT IS SO ORDERED AS MODIFIED**

    For the reasons set forth above, and good cause appearing,

    IT IS HEREBY ORDERED that sentencing in the captioned case be continued from August 31, 2009 until **Monday, September** 28 **, 2009, at 1:30 p.m.,** before The Honorable James Ware, United States District Judge. On or before **September 21, 2009**, the parties' shall file a joint statement regarding to update the Court on the issue of restitution payment.

Dated: August 28, 2009                    _____
                                               JAMES WARE
                                               United States District Judge